ROSARIA BARNAO, Appellant, v. DOMENICO BARNAO, Respondent.— Motion for reargument granted, and upon reargument order denying motion for counsel fee and alimony reversed upon the law and the facts, without costs, motion granted, and plaintiff allowed alimony at the rate of $20 per week from May 18, 1931, and counsel fee in the sum of $250. Plaintiff is entitled to this relief to enable her to prosecute her action for separation. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JACOB P. NATHANSON, an Attorney and Counselor at Law.— The decision of the court is that the respondent be suspended for one year and that he be required to repay $500 to his client within thirty days. If the amount be not repaid within that time the respondent will be disbarred. The court finds as a fact that the $500 was not a part of the respondent's fee. Young, Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., dissents, with the following memorandum: That bail was furnished before complainant was released from jail; that complainant took no steps to assert his claims while in prison for nine months and for nearly a year thereafter; that complainant's mentality had been questioned, and other circumstances in the case cast such a doubt upon the charge that the insistence of respondent that the entire amount was a fee should be accepted despite the fact that the fee may have been excessive.

In the Matter of JOHN P. TIERNAN, an Attorney.— Respondent suspended from the practice of the law for a period of one year, upon the ground that he was guilty of professional misconduct in his relations with the parties involved. Lazansky, P. J., Carswell, Scudder and Davis, JJ., concur; Kapper, J., dissents and votes to exonerate the respondent.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MARY ABRAMCIK, Respondent, v. JOHN CHERNICK, Appellant.— Motion for reargument of motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

CARL MACK, Respondent, v. MACK LOCK COMPANY and Others, Appellants. — Motion to stay proceeding to enforce judgment granted except as to the filing of the account, the time for filing which is extended to August 1, 1931. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CARL MACK, Respondent, v. MACK LOCK COMPANY and Others, Appellants.— In view of the decision in Mack v. Mack Lock Company (ante, p. 854), decided herewith, the motion for stay of order appointing a receiver is dismissed. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

PEARL ANN SLAGLE, Respondent, v. T. GALVIN SLAGLE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

JACOB ALTMARK, Respondent, v. THE BANK OF UNITED STATES and JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Appellants. — Order directing the Superintendent of Banks to turn over to plaintiff the proceeds of a certain check, and enjoining him from commingling the fund with other funds of the defendant bank affirmed, with ten dollars costs and disbursements, upon authority of Matter of Vavoudis (Broderick) (141 Misc. 823 [Lydon, J.];